706 A.2d 180

IN THE MATTER OF JOHN F. FOX, AN ATTORNEY AT LAW.

February 19, 1998.

## ORDER

The Disciplinary Review Board on July 9, 1997, having filed with the Court its decision concluding that **JOHN F. FOX** of **TOTOWA**, who was admitted to the bar of this State in 1970, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to communicate),

and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation),

And the Disciplinary Review Board having further concluded that respondent should be required to refund $5,000 of the fee he received for handling the *Vollrath* estate;

And good cause appearing;

It is ORDERED that **JOHN F. FOX** is hereby reprimanded; and it is further

ORDERED that respondent refund the sum of $5,000 to the *Vollrath* estate by December 31, 1998, and provide proof of payment to the Office of Attorney Ethics; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.